UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NGAWANG DORJEE,

     Plaintiff,

  -v-

FLEXIBLE FISH CORP., ET AL.,

     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2026_

**ORDER**

25-CV-5896 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

  The Court held a conference to address Plaintiff's letter motion for leave to amend the complaint.  ECF No. 27.  For the reasons discussed during today's conference, leave to amend the complaint to add a claim for arrest-based discrimination under the City Human Rights Law is GRANTED.  Plaintiff shall file his amended complaint by **January 20, 2026.**

**SO ORDERED.**

Dated: January 13, 2026
   New York, New York

              Henry J. Ricardo
              United States Magistrate Judge