JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

April 21, 2026

**VIA ECF**

Honorable Henry J. Ricardo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**    ***Dorjee v. Flexible Fish Corp. et al***, **25-cv-05896**

Dear Judge Ricardo,

We represent Plaintiff in the above-referenced action and write, jointly with Defendants' consent and pursuant to the Court's February 24, 2026 Order (Dkt. No. 35), to provide a status update to the Court.

The parties recently reached a settlement in principle in this case. The parties anticipate memorializing a settlement agreement and submitting a joint stipulation of dismissal within a few weeks. As such, the parties jointly request that the Court adjourn all remaining deadlines in the case.

We thank the Court for its careful consideration of this matter.

Respectfully Submitted,

/s/ *Michael DiGiulio*
Michael DiGiulio
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640

*Attorney for Plaintiff*

1