UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NGAWANG DORJEE,

               Plaintiff,

      -v-

FLEXIBLE FISH CORP., ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/26

**ORDER**

25-CV-5896 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report requesting to adjourn deadlines. ECF No. 38. Parties' request is **GRANTED IN PART** and **DENIED IN PART.** The Court declines to stay the deadlines, but Parties shall adhere to the following updated schedule:

- The deadline to serve additional requests for production and interrogatories is **June 1, 2026**;

- The deadline to complete depositions is **June 11, 2026**;

- The deadline to complete fact discovery is **July 16, 2026**.

**SO ORDERED.**

Dated: April 27, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1